IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06 CR 359-3 |
| ) | |
| **MELVIN DOKICH**, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM ORDER

Melvin Dokich ("Dokich") has just filed a self-prepared hand-printed motion in which he cites and seeks to invoke the provisions of 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. ("Rule") 32.1(c) as predicates for the early termination of the period of supervised release that he is now serving.[1] Although Dokich certainly prints in bold strokes, both the odd nature of some of his printing and the exaggerated slant that he employs create some difficulty in what he has said -- ordinary cursive writing would likely have been a better form of communication -- but this Court has understood the gist of Dokich's submission and will certainly not call for a do-over.

That said, Rule 32.1(c)(2) does allow this Court to act on Dokich's request without the usual hearing. And although exception (B) to that provision would permit this Court to act on Dokich's request alone, it clearly seems preferable to employ exception (C), which calls for notification to government counsel so that he or she would have "a reasonable opportunity to

---

[1] That supervised release term came into effect after Dokich completed the custodial term to which this Court had sentenced him.

object, and has not done so."  In addition, this Court should certainly obtain the views of the probation officer responsible for monitoring Dokich's supervised release.  Accordingly copies of Dokich's submission and of this memorandum order are being contemporaneously transmitted to the United States Attorney's Office and the Probation Office, each with a request that a response be provided as quickly as possible so as to avoid undue delay in this Court's ruling.

_____
Milton I. Shadur
Senior United States District Judge

Date:  April 5, 2017